**Stephen P. HAMER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 78553**

Missouri Court of Appeals,
Western District.

ORDER FILED: July 26, 2016

---

Damien de Loyola, Assistant Appellate Defender, Kansas City, MO, Attorney for Appellant,

Chris Koster, Attorney General, Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.

Before Division IV: Mark D. Pfeiffer, Chief Judge, Presiding, and James Edward Welsh and Cynthia L. Martin, Judges

### Order

Per Curiam:

Mr. Stephen P. Hamer appeals the Judgment of the Circuit Court of Platte County, Missouri, denying his Rule 24.035 motion for post-conviction relief. Mr. Hamer alleges that he received ineffective assistance of counsel. Because a published opinion would have no precedential value, we have instead provided a memorandum of law to the parties. The judgment is affirmed. Rule 84.16(b).